KATHRYN BARCROFT, *pro hac vice pending*
kbarcroft@fedemploylaw.com
ARIEL E. SOLOMON, *pro hac vice pending*
asolomon@fedemploylaw.com
300 Great Oaks Blvd Ste 312
Albany, New York 12203
Tel: (866) 833-3529
Fax: (202) 688-1896

MAJED DAKAK (SBN 271875)
mdakak@kbslaw.com
TREVOR STOCKINGER (SBN 226359)
tstockinger@kbslaw.com
KESSELMAN BRANTLY STOCKINGER LLP
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
Tel: (310) 694-5833
Fax: (310) 307-4570

*Attorneys for Plaintiff*
KATHRYN SPLETSTOSER

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SPLETSTOSER, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL JOHN E. HYTEN, as an individual,<br><br>Defendant. | Case No. 2:19-cv-10076<br><br>Judge:<br><br>**DECLARATION OF KATHRYN BARCROFT IN SUPPORT OF COMPLAINT OF PLAINTIFF KATHRYN SPLETSTOSER** |

1.     My name is Kathryn Lynne Barcroft, I am an attorney and counselor at law duly admitted to practice law before the Court of the State of New York and will be submitting a motion for *pro hac vice* admission this Court.

2.     This Declaration is based on personal knowledge of the matters set forth herein.

3.     I am the lead attorney for Kathryn Spletstoser in the instant matter.

4.     I submit this Declaration in support of Plaintiff's Complaint and pursuant to California Code of Civil Procedure § 340.16(4).

5.     I have reviewed the facts of the case and consulted with a mental health practitioner.

6.     It is my good faith belief that the claim value is more than two hundred fifty thousand dollars ($250,000), based on this review and consultation.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Albany, New York, on November 25, 2019.

Dated: November 25, 2019

                        */s/ Kathryn Barcroft*
                        Kathryn Lynne Barcroft, *pro hac pending*
                        kbarcroft@fedemploylaw.com
                        300 Great Oaks Blvd Ste 312
                        Albany, New York 12203
                        Telephone: (866) 833-3529

*Attorneys for Plaintiff*
KATHRYN SPLETSTOSER

DECLARATION OF KATHRYN BARCROFT IN SUPPORT OF COMPLAINT OF PLAINTIFF KATHRYN SPLETSTOSER