**FILED**

**NOV 25 2022**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KATHRYN SPLETSTOSER, as an individual, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN E. HYTEN, as an individual; UNITED STATES OF AMERICA, <br><br> Defendants-Appellants. | No. 20-56180 <br><br> D.C. No. 2:19-cv-10076-MWF-AGR <br> Central District of California, Los Angeles <br><br> ORDER |

Before: RAWLINSON and CALLAHAN, Circuit Judges, and BLOCK,[*] District Judge.

The panel voted to deny the Petition for Panel Rehearing.

Judges Rawlinson and Callahan voted to deny, and Judge Block recommended denying, the Petition for Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and no judge of the court has requested a vote.

Appellant John E. Hyten's Petition for Rehearing and Rehearing En Banc, filed October 26, 2022, is DENIED.

---

[*] The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.