UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 05 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHRYN SPLETSTOSER, as an individual,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>JOHN E. HYTEN, as an individual and UNITED STATES OF AMERICA,<br><br>        Defendants - Appellants. | No. 20-56180<br><br>D.C. No. 2:19-cv-10076-MWF-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered August 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT

                                      By: Quy Le
                                      Deputy Clerk
                                      Ninth Circuit Rule 27-7