BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch
REGINALD M. SKINNER
Senior Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

Counsel for the Defendant
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SPLETSTOSER, | ) Case No. 2:19-cv-10076-MWF-AGR |
| | ) |
| Plaintiff, | ) **PARTIES' STIPULATION TO** |
| | ) **EXTEND DEFENDANT'S** |
| v. | ) **DEADLINE TO ANSWER FIRST** |
| | ) **AMENDED COMPLAINT (L.R. 7-1)** |
| UNITED STATES OF AMERICA, | ) |
| | ) Current Answer Date: March 9, 2023 |
| Defendant. | ) New Answer Date: May 2, 2023 |
| | ) |
| | ) Honorable Michael W. Fitzgerald |
| | ) United States District Judge |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1    The plaintiff, Kathryn Spletstoser, and the defendant, the United States of

2    America, hereby stipulate as follows:

3    This action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1); 2671-

4    2680, is again before the Court on remand from the United States Court of Appeals for

5    the Ninth Circuit after the Government's appeal from the denial of its motion to dismiss

6    (Dkt. No. 62).

7    The parties agree that before further litigation commences it is appropriate to

8    explore a resolution of this matter by way of settlement.

9    An extension of the current March 9, 2023, deadline for the Government to

10   answer the complaint for an initial 60 days would allow the parties to focus their efforts

11   on pursuing settlement and avoid the costs of litigation. Accordingly good cause exists

12   for the requested extension. *See* Fed. R. Civ. P. 6(b)(1).

13   Plaintiff does not object to the requested relief "so long as it is DOJ that will

14   continue to represent the defendant throughout the pendency of the litigation."

15   The plaintiff, Kathryn Spletstoser, and the defendant, the United States of

16   America, hereby jointly stipulate that the March 9, 2023, deadline for the United States

17   to answer the First Amended Complaint, should be stayed until May 2, 2023.

18   Dated: March 6, 2023                 Respectfully submitted,

19                                        KESSELMAN BRANTLY STOCKINGER LLP
20                                        MAJED DAKAK (SBN 271875)
                                          TREVOR STOCKINGER (SBN 226359)
21
22                                        SOLOMON LAW FIRM, PLLC
                                          KATHYRN BARCROFT, (admitted pro hac vice)
23
24                                        /s/ *Ariel E. Solomon* [via email authorization]
                                          ARIEL E. SOLOMON, (admitted pro hac vice)
25                                        *Attorneys for Plaintiff Kathryn Spletstoser*

26

27   Dated:  March 6, 2023               BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General
28
                                               2

1  C. SALVATORE D'ALESSIO, JR.
2  Director, Torts Branch

3  RICHARD MONTAGUE
4  Senior Trial Counsel, Torts Branch

5  /s/ *Reginald M. Skinner*
6  Senior Trial Attorney
   Virginia State Bar. No. 48785
7  Torts Branch, Civil Division
8  United States Department of Justice

9  Counsel for Defendant United States of America

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28