BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch
RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch
REGINALD M. SKINNER
Senior Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

Counsel for the Defendant
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SPLETSTOSER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:19-cv-10076-MWF-AGR<br><br>**PARTIES' STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER FIRST AMENDED COMPLAINT (L.R. 7-1)**<br><br>Current Answer Date: July 3, 2023<br>New Answer Date: August 2, 2023<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

1   The plaintiff, Kathryn Spletstoser, and the defendant, the United States of America, hereby stipulate as follows:

2   This action under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1); 2671-2680, is before the Court on remand from the United States Court of Appeals for the Ninth Circuit after the Government's appeal from the denial of its motion to dismiss (Dkt. No. 62).

3   On May 2, 2023, the parties reached an agreement in principle to settle their claims and defenses in this matter without further litigation.

4   The parties are currently finalizing the terms of their settlement agreement.

5   An extension of the current July 3, 2023, deadline for the Government to answer the complaint for 30 days would enable the parties to focus their efforts on finalizing the settlement agreement.

6   Accordingly good cause exists for the requested extension. *See* Fed. R. Civ. P. 6(b)(1).

7   Plaintiff does not object to the requested relief.

8   The plaintiff, Kathryn Spletstoser, and the defendant, the United States of America, hereby jointly stipulate that the July 3, 2023, deadline for the United States to answer the First Amended Complaint, should be extended until August 2, 2023.

Dated: June 29, 2023          Respectfully submitted,

KESSELMAN BRANTLY STOCKINGER LLP
MAJED DAKAK (SBN 271875)
TREVOR STOCKINGER (SBN 226359)

SOLOMON LAW FIRM, PLLC
KATHYRN BARCROFT, (admitted pro hac vice)

/s/ *Ariel E. Solomon* [via email authorization]
ARIEL E. SOLOMON, (admitted pro hac vice)
*Attorneys for Plaintiff Kathryn Spletstoser*

| | |
|---|---|
| Dated: June 29, 2023 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>C. SALVATORE D'ALESSIO, JR.<br>Director, Torts Branch<br><br>RICHARD MONTAGUE<br>Senior Trial Counsel, Torts Branch<br><br>/s/ *Reginald M. Skinner*<br>Senior Trial Attorney<br>Virginia State Bar. No. 48785<br>Torts Branch, Civil Division<br>United States Department of Justice<br><br>Counsel for Defendant United States of America |

3