# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SPLETSTOSER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:19-cv-10076-MWF(AGRx)<br><br>**ORDER EXTENDING DEFENDANT'S DEADLINE TO ANSWER FIRST AMENDED COMPLAINT**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

Upon consideration of the Parties' Stipulation to Extend Defendant's Deadline to Answer First Amended Complaint (Dkt. No. 68), and for good cause shown,

**IT IS HEREBY ORDERED** that:

Defendant shall have up to and including August 2, 2023, within which to answer Plaintiff's First Amended Complaint (Dkt. No. 39) while the parties finalize their settlement agreement.

Dated:  June 29, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge