JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHRYN SPLETSTOSER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 2:19-cv-10076-MWF(AGRx)<br><br>**ORDER OF DISMISSAL** |

Upon consideration of the Parties' Stipulation for Compromise Settlement and Release (Dkt. No. 69), and for good cause shown pursuant to the Settlement Agreement of the parties, the Court approves the Settlement Agreement and incorporates the Settlement Agreement's terms and conditions into this Order. The Court also will retain jurisdiction as to issues arising out of the Settlement Agreement as stipulated to by the parties in the Settlement Agreement.  This action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Dated:  July 13, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge